# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

VINCENT DANIEL HOPPER also known as WAYNE
RICKY ELSON RUDDER also known as ANTOLIN
ANDREW MARKS,

                Plaintiff,

v.

DAVID DICKINSON,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3092-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Adopting Report and Recommendations, Dismissal With Prejudice, and Imposing Sanctions Including a Pre-Filing Screening filed November 10, 2011, ECF No. 4, judgment is entered in favor of Defendant and this action is dismissed with prejudice.

| | |
|---|---|
| November 10, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |